United States Courts
Southern District of Texas
FILED

AUG 9 – 2019

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
AT CORPUS CHRISTI

GREGORY SWANK FORBES, PRO SE       24609-479

_____       _____

_____       _____

_____       _____

*(Enter above the full name of the plaintiff*       *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**       **CIVIL ACTION NO.** TBA_____
      *(Number to be assigned by Court)*

THE GEO GROUP, INC.; CORRECT CARE SOLUTIONS, LLC;

COASTEL BEND DETENTION CENTER
(CBDC), MAJOR FNU GULINDO, CBDC,

officially and in his individual
capacity, SERGEANT FNU GARCIA, CBDC

officially and in his individual
capacity, OFFICER FNU RAMIREZ, CBDC

*(Enter above the full name of the defendant* (See Attached)
*or defendants in this action)*

## COMPLAINT

**I.**     **Previous Lawsuits**

      A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

           Yes _____        No __X__

1

## CONTINUATION OF DEFENDANTS

officially and in his individual capacity, OFFICER FNU DEK, CBDC, officially and in his individual capacity, NURSE FNU SANCHEZ, CBDC, officially and in her individual capacity, LVN FNU MEDRANO, CBDC, officially and in his individual capacity, NURSE FNU DABBS, CBDC, officially and in her individual capacity, Correct Care Solutions, LLC, 1283 Mufreesboro Road, Nashville, TN 37217 and other JOHN AND JANE DOES also in their official and individual capacities.

The GEO Group, Inc. can be served with the enclosed civil rights complaint at Corporate Headquarters, One Park Place, Suite 700, 621 Northwest 53rd Street, Boca Raton, FL 33487;

Correct Care Solutions, LLC can be served with the enclosed civil rights complaint at 1283 Murfreesboro Road, Nashville, TN 37217;

The Coastal Bend Detention Center and all employees named as Defendants in this civil rights complaint can be served at 4909 FM 2826, Robstown, TX 78380.

1(a)

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit:

Plaintiffs:    N/A

Defendants:    N/A

2.    Court (if federal court, name the district; if state court, name the county);

N/A

3.    Docket Number:    N/A

4.    Name of judge to whom case was assigned:

N/A

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

N/A

6.    Approximate date of filing lawsuit:    N/A

7.    Approximate date of disposition:    N/A

2

**II.    Place of Present Confinement:** _F.C.I. BECKLEY_

    A.    Is there a prisoner grievance procedure in this institution?

                  Yes __X__          No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure? _The grievance procedure at F.C.I. Beckley is not applicable to the events in this Complaint._

                  Yes _____          No _____

    C.    If you answer is YES:

        1.    What steps did you take? __N/A__

        2.    What was the result? _N/A_

    D.    If your answer is NO, explain why not: __N/A__

**III.    Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: _GREGORY SWANK FORBES_

        Address: _Federal Correctional Institution Beckley, P.O. BOX 350, Beaver, WV 25813_

    B.    Additional Plaintiff(s) and Address(es): _N/A_

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: THE GEO GROUP, INC.; CORRECT CARE SOLUTIONS, LLC

is employed as: PRIVATE CORPORATION ENCOMPASSING PENAL INCARCERATION OF STATE AND FEDERAL PRISONERS.

at COASTAL BEND DETENTION CENTER, 4904 FM 2826, Robstown, TX 78380.

D.   Additional defendants: MAJOR FNU GULINDO; SERGEANT FNU GARCIA; OFFICER FNU RAMIREZ; OFFICER FNU DEK; NURSE FNU SANCHEZ;

NURSE FNU DABBS; LVN FNU MEDRANO; OTHER JOHN AND JANE DOES.

## IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff Gregory S. Forbes will indisputably demonstrate and reveal a continuing pattern of both correctional and medical staff blatantly committing vast constitutional violations and "deliberate indifference" to know serious medical needs and a denial of desperately needed heart medication(s) by the previously named defendants, to wit: The GEO Group, Inc.; Correct Care Solutions, LLC and Coastal Bend Detention Center. Forbes alleges prison officials responded to his serious medical

4

## IV.    Statement of Claim (continued):

needs with deliberate indifference. "The Eighth Amendment prohibits punishment that is unnecessary and a wanton infliction of pain." **Walker v. Butler**, 967 F.2d 176, 178 (5th Cir. 1992) (citing **Estelle v. Gamble**, 429 U.S. 97, 104, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976). Treating the serious medical needs of inmates with **deliberate indifference** "constitutes the unnecessary and wanton infliction of pain and states a cause of action under Title 42 U.S.C. § 1983. See **Cullum v. Tex. Dep't of Criminal Justice**, 375 Fed.Appx. 417 (S.D. of Texas 2008).

## V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Petitioner Forbes is seeking five million dollars in punitive damages as a direct consequence of the mental and physical suffering imposed upon him by the above named defendant's in their individual and official capacity. In addition, Petitioner is entitled to compensatory damages because of the wanton, reckless, malacious, and oppressive character of the acts complained of.

IV.    STATEMENT OF CLAIM (continued):

While detained in federal pretrial custody at the Coastal Bend
Detention Center in Robstown, Texas, in April of 2017, Gregory S.
Forbes began experiencing severe pain in his chest. Forbes has a
documented history of congestive heart failure in which both medi-
cal personnel and correctional officers were made acutely aware of
when committed to Coastal Bend Detention Center ("CBDC") by the U.S.
Marshals Service. Notably, CBDC medical records will indisputably
reveal Plaintiff Forbes went so far as to bring his previously pre-
scribed heart medication(s) with him when transported to C.B.D.C.

A serious medical need is one that has been diagnosed by a physician
as mandating treatment or one that is so obvious that even a lay
person would easily recognize the necessity for a doctor's attention.
Establishing deliberate indifference to that serious medical need
requires the plaintiff to demonstrate: (1) subjective knowledge
that serious harm is possible, (2) disregard of that risk, and (3)
conduct that is more than mere negligence. Conduct that is more
than mere negligence may include: (1) knowledge of a serious medical
need and a failure or refusal to provide care, (2) delaying treat-
ment, (3) grossly inadequate care, (4) a decision to take an easier
but less efficacious course of treatment, or (5) medical care that
is so cursory as to amount to no treatment at all.

Incredously, Forbes was placed in the "general population" and pre-
dictably suffered a heart attack two weeks later as a direct result
of C.B.D.C. medical personnel failing to ensure Forbes continued to

5(a)

receive his regiment of prescribed medications. See **Galvan v. Calhoun City**, 719 Fed. Appx. 372 (5th Cir. 2018); see also **Childers v. San Saba City**, 714 Fed. Appx. 318 (5th Cir. 2018).

Thereupon, Forbes was immediately transported by ambulance to Christian Spohn Hospital located in Corpus Christi, Texas where he remained for three (3) weeks following emergency open heart surgery. Not long after his return to C.B.D.C., Plaintiff Forbes was released on bail by the Court from C.B.D.C. and sent home to his residence. Regrettably, during his release on bail Forbes suffered not one, but two (2) strokes as a result of the open heart surgery performed at Christian Spohn Hospital and was unable to appear in U.S. District Court for his scheduled court hearing(s). Thus, the Court revoked Forbes bail effectuating his immediate return to C.B.D.C. by the U.S. Marshals Service.

While incarecerated at C.B.D.C. in pretrial custody, Plaintiff Forbes was egregiously denied forty (40) doses of his heart medication by both medical and correctional officers alike. Unconscionably, the previously named defendants inexorably refused to dispense Forbes' sorely needed heart medications simply because the C.B.D.C. staff had yet to provide him with the required institution identification card. Interestingly, the correctional and medical staff at C.B.D.C. were well aware of Plaintiff Forbes' identification and serious medical needs. Here, once again, the defendants imprudently exposed Forbes to a life threatening and unacceptable situation. See EXHIBIT "A"; see also **Mayweather v. Foti**, 958 F.2d 91 (5th Cir. 1992); **Hairston v. Negron**, 557 Fed. Appx. 884 (11th Cir. 2014).

Prison officials violate the Eighth Amendment when they act with **deliberate indifference** to an inmate's serious medical needs giving rise to a cause of action under 42 U.S.C. § 1983. Claims of **deliberate indifference** to the obvious serious medical needs of pretrial detainees are governed by the Fourteenth Amendment rather than the Eighth Amendment. However, pretrial detainees such as Forbes are to be afforded the same protections as prisoners. See **Daniels v. Jacobs**, 2018 U.S. Appx. LEXIS 28990 (Oct 16, 2018).

Moreover, cases analyzing **deliberate indifference** of pretrial detainees and prisoners can be used interchangably. 42 U.S.C. § 1983 provides a remedy for the deprivation of federal civil rights by a person acting under color of state law. 42 U.S.C. § 1983. To prevail on a claim of deliberate indifference, Plaintiff Forbes can and will show: (1) a serious medical need, (2) the defendant's deliberate indifference to that need, and (3) causation  between the defendent's indifference and the Plaintiff's injury. See **Gibson v. Collier**, 2019 U.S. App. LEXIS 9397 (5th Cir. 2019).

Plaintiff Forbes further submits his heart medicine was at best administered in a sporadic manner by C.B.D.C. medical staff and unbelievably two (2) days before Thanksgiving in November of 2017, had completly exhausted it's entire inventory and stock of heart medication at the C.B.D.C. pharmacy. This inexcusable detail and attention to heart medications, or lack thereof, by the aforesaid defendants, uncontestably caused Plaintiff Forbes to suffer and endure another severe and painful heart attack requiring his hospitalization. **Tustin v. Livingston**, 2019 U.S. App. LEXIS 10144

5(c)

(5th Cir. 2019).

After spending three (3) days in Christian Spohn Hospital, Plaintiff Forbes was scheduled to be released and thereupon transported to C.B.D.C. However, prior to Forbes discharge medical staff at Christian Spohn Hospital felt it only prudent to ensure Forbes would be provided his specific heart medicine in order to prevent any further injury to his seriously damaged heart. Thus, a telephone call was placed to defendant Nurse FNU Dabbs at C.B.D.C. by Christian Spohn Hospital staff to confirm the existence of such medications in it's pharmacy inventory. C.B.D.C. defendant Nurse Dabbs confirmed, albeit mendaciously, the presence of Forbes' heart medication in its pharmacy resulting in Forbes immediate discharge and his return to C.B.D.C. **Easter v. Powell**, 467 F.3d 459, 461-65 (5th Cir. 2006).

Upon his arrival at C.B.D.C., Plaintiff Forbes soon discovered defendant Nurse Dabbs had obtrusively and shamelessly lied to the staff at Christian Spohn Hospital staff as no such heart medicine existed nor was it available to him. Subsequently a mere ten (10) hours later, Plaintiff Forbes sustained his worse heart attack yet as a direct result of the C.B.D.C. pharmacy and its medical staff failing to provide him with the desperately needed heart medication allegedly on hand. **Harris v. Hegmann**, 198 F.3d 153, 159-160 (5th Cir. 1999).

When the EMT's arrived at C.B.D.C. to transport Forbes to the Hospital for this latest heart attack, the EMT inquired, "Has Mr. Forbes been provided his heart medication?" At which time C.B.D.C. medical staff responded by brazenly lying, "Yes, he has!" This was

5(d)

nothing more than a total distortion of the truth as Plaintiff had not been provided any heart medication.

A thorough examination by trained medical professionals at Christian Spohn Hospital determined Forbes was in dire need of additional heart surgery. Curiously enough, this was only six (6) months after his first heart surgery. Appearing extremely agitated after being apprised of his latest medical setback, C.B.D.C. correctional officers needlessly, unnecessarily and inhumanely placed Plaintiff Forbes in four-point restraints in his hospital bed for an unfathomable three (3) weeks! During this specific time frame, Forbes suffered painful bed sores on both arms and backsides necessitating the implementation of a mattress type flotatation device. In addition, both wrists had to be bandaged as a direct consequence of the handcuffs and chains cutting into Forbes' exposed skin. The only time that the flesh-cutting handcuffs and chains were thankfully removed by C.B.D.C. staff, occurred during meals and when Forbes needed to relieve himself in the bathroom.

Once the physicians at Christian Spohn Hospital completed their methodical required and indispensable treatment of Plaintiff Forbes most recent heart complications, he was discharged and returned to C.B.D.C. where he remained in pretrial custody. It wasn't two (2) days later that the C.B.D.C. pharmacy depleted their inventory of heart medication(s) demanding Forbes be transported to Christian Spohn Hospital. Only this time Plaintiff Forbes was confined in a "medical cell" devoid of an emergenecy call button.

In this civil rights complaint, Plaintiff Forbes respectfully

5(e)

asserts the defendants were deliberately indifferent in refusing or failng to provide physical **prescribed** **heart** **medication**(s). Delay in medical care, including prescribed medication(s) can constitute an Eighth Amendment violation if there has been deliberate indifferance which results in substantial harm. **Mendoza v. Lynaugh,** 989 F.2d 191, 195 (5th Cir. 1993)(emphasis added), cited with approval in **Easter v. Powell,** supra; see also **Flores v. Jaramillo,** 389 Fed. App'x. 393, 395 (5th Cir. 2010)(holding same as to pretrial detainee's Fourteenth Amendment rights).

Here, there is indisputable evidence that the failure of C.B.D.C. Medical staff, pharmacy personnel and correctional/custody staff to provide Plaintiff Forbes with heart medication(s) caused him harm, injury and pain.

To violate the Eighth Amendment's prohibition against cruel and unusual punishment, the drivation alleged must objectively be sufficiently serious, and the prison official must subjectively have a sufficiently culpable state of mind. The culpable state of mind require is that of deliberate indifference to an inmate's health or safety. A prisioner must show that two requirements are met. The prisoner must show (1) that the dprivation alleged is objectively sufficiently serious and (2) the prisoners officials must have a sufficiently culpable state of mind. As previously set forth herein, Petitioner Forbes has clearly demonstrated and satisfied the above two aforementioned requirements.

5(f)

**V.    Relief (continued)):**

_____    _____

_____

_____

_____

_____    _____

**VII.   Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   N/A

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____    No \_\_X\_\_

   If so, state the name(s) and address(es) of each lawyer contacted:

N/A

   If not, state your reasons: \_\_\_\_N/A_____

C.    Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____    No \_\_X\_\_

**If so, state the lawyer's name and address:**

N/A

Signed this _____29th_____ day of _____JULY_____, 20_19_.

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____July, 29 2019_____.
                                (Date)

Signature of Movant/Plaintiff

_____N/A_____
Signature of Attorney
(if any)

7

# EXHIBIT A

## The GEO Group, Inc.
### Detainee Request to Staff (Forma de petición para personal)

To / Para: CASE Manager

Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☐ Warden / Guardian                              ☐ Chaplain / Capelián

☑ Assistant Warden / Asistente Guardian          ☐ Property / Propiedad

☐ Major / Mayor                                  ☐ Kitchen / Cocina

☐ Classification / Clasificación                 ☐ Library / Biblioteca

☐ Laundry / Lavandería                           ☐ Mailroom / Cuarto de Correo

☐ Special Visit / Visita Especial                ☐ Offender Trust Fund / Dinero de Delincuente

☐ Detainee Telephones / Teléfono de Detenido

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 9/30/17                            Housing / Dormitorio: A-44

From / De: Gregory Forbes                        ID # / Numero de ID: 246094479

Reason / Razon: You must be specific in your request so the staff can better answer (Usted debe ser especifico en su petición para que el personal le pueda contestar mejor): I would like a New ID CARD PLEASE I can Not Find my original ONE

Staff Response / Contestacion:

Staff Signature: _____            Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido.
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

To / Para: CASE MaNager

Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☐ Warden / Guardian

☐ Assistant Warden / Asistente Guardian

☐ Major / Mayor

☐ Classification / Clasificación

☐ Laundry / Lavanderia

☐ Special Visit / Visita Especial

☐ Detainee Telephones / Teléfono de Detenido

☐ Chaplain / Capellán

☐ Property / Propiedad

☐ Kitchen / Cocina

☐ Library / Biblioteca

☐ Mailroom / Cuarto de Correo

☐ Offender Trust Fund / Dinero de Delincuente

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 9/30/17                          Housing / Dormitorio: A-44

From / De: Gregory Forbes              ID # / Numero de ID: 24602409

Reason / Razon: You must be specific in your request so the staff can better answer (Usted debe ser especifico en su petición para que el personal le pueda contestar mejor): I would like a new ID card please I must find my original one

Staff Response / Contestacion: _____

Staff Signature: _____    Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

## The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

To / Para:

Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☐ Warden / Guardian                         ☐ Chaplain / Capellán

☐ Assistant Warden / Asistente Guardian     ☐ Property / Propiedad

☒ Major / Mayor                             ☐ Kitchen / Cocina

☐ Classification / Clasificación            ☐ Library / Biblioteca

☐ Laundry / Lavandería                      ☐ Mailroom / Cuarto de Correo

☐ Special Visit / Visita Especial           ☐ Offender Trust Fund / Dinero de Delincuente

☐ Detainee Telephones / Teléfono de Detenido

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 10/1/17                       Housing / Dormitorio: A

From / De: Gregory Forbes                   ID # / Número de ID: 24609479

Reason / Razon: You must be specific in your request so the staff can better answer (Usted debe ser específico en su petición para que el personal le pueda contestar mejor): I deperately Need A New ID CARD I No longer have one The Other one my original one was lost I put in a request to my case worker but No RESPONSE

Staff Response / Contestacion: _____

Staff Signature: _____        Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

## The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

**To / Para:**
Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☒ Warden / Guardian

☐ Chaplain / Capellán

☐ Assistant Warden / Asistente Guardian

☐ Property / Propiedad

☐ Major / Mayor

☐ Kitchen / Cocina

☐ Classification / Clasificación

☐ Library / Biblioteca

☐ Laundry / Lavandería

☐ Mailroom / Cuarto de Correo

☐ Special Visit / Visita Especial

☐ Offender Trust Fund / Dinero de Delincuente

☐ Detainee Telephones / Teléfono de Detenido

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 10/02/17                     Housing / Dormitorio: A-44

From / De: Gregory Forbes               ID # / Numero de ID: 246.09479

Reason / Razon: You must be specific in your request so the staff can better answer (Usted debe ser específico en su petición para que el personal le pueda contestar mejor): I urgently need an ID card I'm low toward my medication because I lost my Original Identification card. I filed a request with investigator Walker on 1/30/17 and the Major on 10/4/17 as of today I have been denied ever y time which is putting me in a life threatening situation which is my safe injections of my Insulin Pen.

Staff Response / Contestacion: _____

Staff Signature: _____          Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla


**The GEO Group, Inc.**

# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

| ☐ Psychological Complaint<br>Motivo Psicológico | ☒ Medical Complaint<br>Motivo Médico | ☐ Dental Complaint<br>Motivo Dental |
|---|---|---|

**Print:** _____    _____    A-4U    _____
**Letra-Molde:**    Inmate's Name    Number    Housing Location    Duty Hours
Nombre del Preso    Número    Sitio de Vivienda    Horas de Trabajo

**Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your records.**

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Permita varios dias para que su solicitud sea procesada. Una copia de su solicitud será archivada en sus récords. Reclusos de habla hispana pueden solicitar dicha asistencia en español.

**PROBLEM/QUEJA:** I was told on 9/30/17 by the medical provider I needed an ID to receive my procedure. I've written a FCU _____ written to _____ and the _____ twice. I filed a grievance and even sent a request to medical to help expedite me getting an ID so I can receive my meds. I have even contacted my law firm and _____ them to contact the _____ _____. My request _____ _____ returned to me on 10/3/17 says an ID was provided which is _____ true (was) help _____ an now due 3 days is behind

_____    _____
**Inmate's Signature/Firma del Preso**    **Date of Request/Fecha de Solicitud** 10/03/17

———— DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA ————

**Date/Time Received:** _____

**Date/ Time Triaged:** _____

☐ **Written Response (see below)**    ☒ **Referred To:** _____    ☐ **Appointment Made**

**Triage Nurse: (Signature/Title Stamp)** _____

**ACTION TAKEN:** _____

_____

_____

_____

_____    _____
**Medical Staff Signature**    **Date**

Rev 2/11, 6/11    HS-154 (SP)

## The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

**To / Para:**
Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☒ Warden / Guardian

☐ Assistant Warden / Asistente Guardian

☐ Major / Mayor

☐ Classification / Clasificación

☐ Laundry / Lavanderia

☐ Special Visit / Visita Especial

☐ Detainee Telephones / Teléfono de Detenido

☐ Chaplain / Capellán

☐ Property / Propiedad

☐ Kitchen / Cocina

☐ Library / Biblioteca

☐ Mailroom / Cuarto de Correo

☐ Offender Trust Fund / Dinero de Delincuente

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 10/04/17        Housing / Dormitorio: A-44

From / De: Gregory Forbes        ID # / Numero de ID: 2460947q

Reason / Razon; You must be specific in your request so the staff can better answer (Usted debe ser especifico en su petición para que el personal le pueda contestar mejor): Please Help me It has been 5 days That I've been trying to get my ID so I can receive my meds, I60's, medical Requests, Grievances, Phone Calls to love ones, Verbally asking GEO officers. All I have Received is Yellow copies say "ID provided. I have explained I lost my original ID. I Dont see the problem in getting me a new one. Over 40 dosages of my meds missed and I've exhausted all avenues I know. THIS is my Third Request TO You And the Second I have marked URGENT. This life Threatening Situation just keep getting worse by the Day and I have been rushed to the Hospital Twice from CBDC for

Staff Response / Contestacion: my heart and am scared and desperate Trying to prevent a Third trip I am following Your protocol and it simply is Not working I don't know why. PLEASE HELP

Staff Signature: _____        Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
### FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: Gregory Forks    Detainee ID Number: 24609479
Nombre Del Preso                Numero Del ID Preso

Housing Unit: Costal Bend Detention Center   Housing Dorm: A-44
Unidad Vivienda                              Dormitorio

Check if an Emergency Grievance:  ☒ yes (si)  ☐ no (no)
Marque si es una queja de emergencia

| OFFICE USE ONLY | |
|---|---|
| Unit Number:_____ | Code:_____ |
| Date Received:_____ | GC Signature:_____ |

WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)
Process as: ☐ Regular Grievance  ☐ Emergency Grievance   Warden or Designee Approval:_____

Specify how and when informal resolution was attempted / Especifique como y cuando trato de hallar una solution informal:
Filed a Detainee Request Form with Case manager Requesting a New ID on 9/30/17
Filed a Detainee Request Form with Unit Major Requesting a New ID on 10/01/17
Filed a Detainee Request Form with CBDC warden Requesting a New ID on 10/02/17
Filed a Detainee Health Request Form Expedite my getting a New ID on 10/02/17
called Lawsick ones. got Nurse asking them to contact Federal Marshalls and/or CBDC Warden.

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE
LA QUEJA ( Incluir documentacion, nombre de cualquier testigo que certifique su aucia y fecha del incidente. On 9/29/17. In Alpha Quim CBDC
I was Denied my Heart meds (CHO and triple Bypass) because I
had lost my USMS-Detainee CBDC Identification card by GEO officer Sergent
Garcia and the GEO Health Provider. Both 5/15/17 and
myself were told In order to receive any medication we needed our ID cards.
Sgt Garcia actually called me by Name when he told me I needed an ID mr
musso was able to locate his ID card received his meds. I did NOT. For over 3 days
I've been Trying to obtain an ID so I can receive my meds, which equates to over
30 doses of medicine I have missed putting me in A life threatening situation
Twice I have been Rushed to the hospital from CBDC in an Ambulance for my
Heart. Once with a massive Heart attack where

ACTION REQUESTED/ ACCION SOLICITADA: I stayed there and had Surgery and once
more recently with Heart Failure Both of these incidents occurred within
The last couple of months as well as hospitilized twice for Strokes. I have
exhausted all of the Proper Protocal I know to Remedy this problem

Detainee's Signature / Firma Del Preso    Date / Fecha  10/02/17 PLEASE HELP

Decision and Reason / Decision y Razones:

Signature / Firma    Date / Fecha ___/___/___

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad: (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla



The GEO Group, Inc.

# REQUEST FOR HEALTH SERVICES
## SOLICITUD PARA SERVICIOS MEDICOS

☐ **Psychological Complaint**
**Motivo Psicológico**

☒ **Medical Complaint**
**Motivo Médico**

☐ **Dental Complaint**
**Motivo Dental**

Print: Gregory Forbes    2460 9479    A-44

Letra-Molde:    Inmate's Name    Number    Housing Location    Duty Hours
Nombre del Preso    Numero    Sitio de Vivienda    Horas de Trabajo

**Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your records.**

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Permita varios dias para que su solicitud sea procesada. Una copia de su solicitud será archivada en sus récords. Reclusos de habla hispana pueden solicitar dicha asistencia en español.

PROBLEM/QUEJA: Problem is I was told without and ID card, I could Not Receive my medications on 9/30/17 by Sergeant Garcia and health provider     Even though They were calling me by NAme, I was denied my morning meds due to No ID for the Past 3 days, I've been trying to get my ID Please see if you can help expedite.

10/02/17

Inmate's Signature/Firma del Preso    Date of Request/Fecha de Solicitud

══════ **DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA** ══════

**Date/Time Received:** _____

**Date/ Time Triaged:** _____

☐ **Written Response (see below)**    ☐ **Referred To:** _____    ☐ **Appointment Made**

**Triage Nurse: (Signature/Title Stamp)** _____

**ACTION TAKEN:** _____

_____

_____

_____

_____

_____

**Medical Staff Signature**    **Date**

Rev 2/11, 6/11    HS-154 (SP)

# The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

To / Para:
Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

[X] Warden / Guardian

[ ] Assistant Warden / Asistente Guardian

[ ] Major / Mayor

[ ] Classification / Clasificación

[ ] Laundry / Lavandería

[ ] Special Visit / Visita Especial

[ ] Detainee Telephones / Teléfono de Detenido

[ ] Chaplain /   Capellán

[ ] Property /   Propiedad

[ ] Kitchen / Cocina

[ ] Library / Biblioteca

[ ] Mailroom / Cuarto de Correo

[ ] Offender Trust Fund / Dinero de Delincuente

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 10/02/17                    Housing / Dormitorio: A-44

From / De: Gregory Forbes                 ID # / Numero de ID: 246094979

Reason / Razon: You must be specific in your request so the staff can better answer (Usted debe ser especifico en su petición para que el personal le pueda contestar mejor). I desperately need an ID card I am being denied my medication because I lost my original identification card I filed a request with my case worker on 9/30/17, and the major on 10/2/17 as of today I have been denied over 30 doses of medication which is putting me w/ a life threatening situation these are medications for my heart Please help

Staff Response / Contestacion: _____

Staff Signature: _____    Date 10/3/17

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

**To / Para:**

Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☒ Warden / Guardian

☐ Chaplain / Capellán

☐ Assistant Warden / Asistente Guardian

☐ Property / Propiedad

☐ Major / Mayor

☐ Kitchen / Cocina

☐ Classification / Clasificación

☐ Library / Biblioteca

☐ Laundry / Lavandería

☐ Mailroom / Cuarto de Correo

☐ Special Visit / Visita Especial

☐ Offender Trust Fund / Dinero de Delincuente

☐ Detainee Telephones / Teléfono de Detenido

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 10/03/17     Housing / Dormitorio: A-44

From / De: Gregory S Foukes     ID # / Numero de ID: 24609479

**Reason / Razon;** You must be specific in your request so the staff can better answer (Usted debe ser especifico en su petición para que el personal le pueda contestar mejor): I had sent in 3 request one to My Case Worker 9/30/17 once to the Mayor 10/1/17 and one to you on 10/02/17. All requesting an ID because I need one to receive my medications. Today 10/03/17 I received all 3 back stating "ID provided" That is a lie, or simply not true. It is now day 4 no meds (36 dosages of meds) I have even verbally reminded on ID on 10/02/17 I told officer Ramerez and 10/03/17 GEO officer Dekon Both officers said they would. Neither did. All 3 request were signed by the same person simply writing "ID Provided" on a piece of paper does not solve the issue of no meds which becomes more life threatening each day. If an ID was provided who will it provided to? Not me. The 4th request to my case worker the Mayor You and even Mediterranean to resolve my problem I have filed a grievance I have verbally asked for help and even called my house officer and asked them to even you and/or the Federal Marshalls I don't know what else to do. I can find myself getting worse please help me

**Staff Response / Contestacion:** _____

Staff Signature: _____ Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

To / Para:
Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☐ Warden / Guardian                    ☐ Chaplain /   Capellán

☐ Assistant Warden / Asistente Guardian    ☐ Property /   Propiedad

☒ Major / Mayor                        ☐ Kitchen / Cocina

☐ Classification / Clasificación         ☐ Library / Biblioteca

☐ Laundry / Lavandería                  ☐ Mailroom / Cuarto de Correo

☐ Special Visit / Visita Especial        ☐ Offender Trust Fund / Dinero de Delincuente

☐ Detainee Telephones / Teléfono de Detenido

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico

Date / Fecha: 10/1/17                          Housing / Dormitorio: ____

From / De: Gregory Faulus                       ID # / Numero de ID: ____

Reason / Razon; You must be specific in your request so the staff can better answer (Usted debe ser específico en su petición para que el personal le pueda contestar mejor): ____

CASE WORKER : BUT NOT RESPONSE

Staff Response / Contestacion: ____

Staff Signature: ____                           Date: ____

White Copy: Detainee File  /  Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response  /  Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted  /  Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
### FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: _Gregory Lewis_    Detainee ID Number: _9409479_
Nombre Del Preso                                          Numero Del ID Preso

Housing Unit: _Coastal Bend Detention Cntr_  Housing Dorm: _Fal-Ind_
Unidad Vivienda                                          Dormitorio

Check if an Emergency Grievance:    ☐ yes (si)    ☐ no (no)
Marque si es una queja de emergencia

| | |
|---|---|
| Unit Number: _____ | Code: _____ |
| Date Received: _____ | GC Signature: _____ |

WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)
Process as: ☐ Regular Grievance  ☐ Emergency Grievance   Warden or Designee Approval: _____

Specify how and when **informal resolution** was attempted / Especifique como y cuando trato de haliar **una solution informal:**
_Asked LVN Medrano who works at CBDC to please locate my medication_

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE
LA QUEJA ( Incluir documentacion, nombre de cualquier testigo que certifique su aucia y fecha del incidente. ~~GE~~ CBDC
medical did Not have or provide me with ALL my
medications for 2 days, 11-22-17 AND 11-23-17 I
did Not REfuse my medications. I EVEN ASKED LVN MEDRANO,
A NURSE who works AT CBDC, to Please Try to locate my
medication. He did AN EXTRA physical SEARCH FOR my
medication and confirmed CBDC Did NOT Have ALL my
medications, buT They WERE ON ORDER. That night Thanksgiving
I WAS Rushed to CHRISTus SpoN Hospital by AMbulence

ACTION REQUESTED/ ACCIÓN SOLICITADA: With A HEART ATTACK

Detainee's Signature / Firma Del Preso    Date / Fecha  _12/28/2017_

Decision and Reason / Decision y Razones:

Signature / Firma                                          Date / Fecha  _/   /_

If you are not satisfied with this  Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further
instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad: (Ver el reverse donde
hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla



# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

☐ **Psychological Complaint**
**Queja Psicológica**

☒ **Medical Complaint**
**Queja Medica**

☐ **Dental Complaint**
**Queja Dental**

Print: _Gregory Talbert_  _24089474  A_

| Inmate/Detainee/Resident's (I/D/R) Name | Number | Housing Location | Duty Hours |
| Nombre de Identificación | Numero | Lugar de Vivienda | Horas de Trabajo |

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your medical record.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Por favor permita varios dias para que su solicitud sea procesada. Una copia de su solicitud será archivada en su récord médico.

**PROBLEM/QUEJA:** _I had open heart surgery on the 11th of December 2017 and have not recieved all my medication since December 24th I am in a lot of pain and need my medication. Please help. They have been 5 days and this is my second request_

_Gregory Talbert_  _12-29-2017_

**I/D/R's Signature/Firma**          **Date of Request / Fecha de Solicitud**

**──► STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA ◄──**

Date/Time Received: _____          ☐ **ROUTINE**

Date/Time Triaged: _____          ☐ **URGENT ***

☐ **Written Response (see below)**   ☐ **Referred To:** _____   ☐ **Appointment Made**

**Triage Nurse: (Signature/Title Stamp)** _____

**ACTION TAKEN:** _____
_____
_____
_____
_____
_____

_____          _____
**Medical Staff Signature/Stamp**                    **Date**

Rev 2/11, 6/11, 1/13, 1/15, 5/17                                                    HS-154 (Dual)

# The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
## FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: _Gregory Forbes_
Nombre Del Preso

Detainee ID Number: _74 _ _ 9699_
Numero Del ID Preso

Housing Unit: _Coastal Bend Detention Center_
Unidad Vivienda

Housing Dorm: _A112_
Dormitorio

Check if an Emergency Grievance:   ☐ yes (si)   ☐ no (no)
Marque si es una queja de emergencia

---

**OFFICE USE ONLY — Para Uso De La Oficina Solamente**

Unit Number: _____   Code: _____

Date Received: _____   GC Signature: _____

WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)

Process as: ☐ Regular Grievance   ☐ Emergency Grievance   Warden or Designee Approval: _____

---

Specify how and when **informal resolution** was attempted / Especifique como y cuando trato de hallar una solution informal:

I have asked Nurses at pill call, filled out medical request, and asked the Doctor

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE LA QUEJA ( Incluir documentacion, nombre de cualquier testigo que certifique su aucia y fecha del incidente.

CBDC has failed to provide me with my medication Again, I have already been to the Hospital 3 times when they have ran out- twice with heart Attacks and once, I even received open Heart Surgery A little over 2 weeks ago, This time They have failed to give me my pain medication for over 6 days I am in extreme pain And have told the Nurses Doctor and filled out 3 medical request forms Please Help

**ACTION REQUESTED/ ACCION SOLICITADA:**

Detainee's Signature / Firma Del Preso _____   Date / Fecha _12/27/17_

**Decision and Reason / Decision y Razones:**

Signature / Firma _____   Date / Fecha ___/___/___

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad: (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
### FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: **Gregory Forbes**
Nombre Del Preso

Detainee ID Number: **24609479**
Numero Del ID Preso

Housing Unit: **Costal Bend Detention Center**
Unidad Vivienda

Housing Dorm: **Alpha**
Dormitoria

Check if an Emergency Grievance:   ☐ yes (si)   ☐ no (no)
Marque si es una queja de emergencia

---

**OFFICE USE ONLY — Para Uso De La Oficina Solamente**

Unit Number:_____   Code:_____

Date Received:_____   GC Signature:_____

WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)

Process as: ☐ Regular Grievance  ☐ Emergency Grievance   Warden or Designee Approval:_____

---

Specify how and when **informal resolution** was attempted / Especifique como y cuando trato de haliar **una solution informal**:

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE LA QUEJA ( Incluir documentacion, nombre de cualquier testigo que certifique sa aucia y fecha del incidente. PRIOR TO my release from Christus Spon Shore Line Hospital, on or about 11-27-17, for having 2 heart Attacks, I expressed my fear and concern to the hospital Discharge Nurse that CBDC would not have my medication. She, Herself Called CBDC on my behalf, Because in her professional opion, as she explained it to me, Thought it was extremely dangerous to return me to an Environment where all my medications were not available for me. She contacted and spoke with Nurse Dabbs at CBDC, who according to the Christus Spon Discharge Nurse, Just Laughed And said "Mr Forbes Refuses his meds and that they currently have all my medications available at the facility. This was a Lie. Based on that phone call, I was returned to CBDC where they DID NOT have

ACTION REQUESTED/ ACCION SOLICITADA: All my medications, I.V.N. searched for my meds But could not find them, because they were not there. Shortly there after I was rushed to the Hospital by ambulance with another Heart Attack, which resulted in open heart surgery.

Detainee's Signature / Firma Del Preso        Date / Fecha   **12/29/2017**

Decision and Reason / Decision y Razones:

---

Signature / Firma        Date / Fecha   ___/___/___

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad. (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla



# REQUEST FOR HEALTH SERVICES
## SOLICITUD PARA SERVICIOS MEDICOS

| ☐ **Psychological Complaint** **Queja Psicológica** | ☒ **Medical Complaint** **Queja Medica** | ☐ **Dental Complaint** **Queja Dental** |
|---|---|---|

**Print:** _Gregory Etkes_

| Inmate/Detainee/Resident's (I/D/R) Name Nombre de Identificación | Number Numero | Housing Location Lugar de Vivienda | Duty Hours Horas de Trabajo |
|---|---|---|---|
| | _24609474_ | _1_ | |

**Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your medical record.**

**Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Por favor permita varios días para que su solicitud sea procesada. Una copia de su solicitud será archivada en su récord médico.**

**PROBLEM/QUEJA:** _Both Nurse Perez and Nurse Leal informed me that the Pill Call records state that I did NOT Take my night medication on 12-26-17, 12-27-17, and 12-28-17. However, I was asked did I took the medication given to me by Nurse Sanchez, your ___ some one else's medication or if Nurse Sanchez Not Keeping correct records. Please investigate._

_I/D/R's Signature/Firma_          _12-30-17_ **Date of Request / Fecha de Solicitud**

**→ STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA ←**

**Date/Time Received:** _____

**Date/Time Triaged:** _____

☐ **ROUTINE**

☐ **URGENT \*\***

☐ **Written Response (see below)**   ☐ **Referred To:** _____   ☐ **Appointment Made**

**Triage Nurse: (Signature/Title Stamp)** _____

**ACTION TAKEN:** _____

_____

_____

_____

_____

**Medical Staff Signature/Stamp** _____        **Date** _____

Rev 2/11, 6/11, 1/13, 1/15, 5/17                                                                    HS-154 (Dual)

# The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
### FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: Gregory Forbes
Nombre Del Preso

Detainee ID Number: 24609479
Numero Del ID Preso

Housing Unit: Coastal Bend Detention Center
Unidad Vivienda

Housing Dorm: A Dorm
Dormitorio

Check if an Emergency Grievance: ☐ yes (si)   ☐ no (no)
Marque si es una queja de emergencia

---

**OFFICE USE ONLY**

Unit Number: _____   Code: _____
Date Received: _____   GC Signature: _____
WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)
Process as: ☐ Regular Grievance   ☐ Emergency Grievance   Warden or Designee Approval: _____

---

Specify how and when **informal resolution** was attempted / Especifique como y cuando trato de hallar una solucion informal:

I asked the duty officer (Nuño) to please get my medication and explained that this is an ongoing, continuous problem.

---

**STATE GRIEVANCE** (Include documentation, name of any witnesses supporting your claim and date of incident. / **ESPECIFIQUE LA QUEJA** ( Incluir documentacion, nombre de cualquier testigo que certifique sa aucia y fecha del incidente.

On 1-6-2018, at morning pill call, I was informed by the CCS caregiver at CBDC, that not all of my heart medications were available 3 times in the past 2 months I have been rushed to the hospital by ambulance when they ran out of my medication, resulting in 3 heart attacks and an open heart surgery Obviously this is an ongoing problem that puts my life in danger

**ACTION REQUESTED / ACCION SOLICITADA:** To please not run out of my medication

Detainee's Signature / Firma Del Preso

Date / Fecha  1-6-2018

Decision and Reason / Decision y Razones:

---

Signature / Firma _____   Date / Fecha ___/___/___

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad. (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla



# REQUEST FOR HEALTH SERVICES
## SOLICITUD PARA SERVICIOS MEDICOS

☐ **Psychological Complaint**
   **Queja Psicológica**

☒ **Medical  Complaint**
   **Queja Medica**

☐ **Dental Complaint**
   **Queja Dental**

Print: _Gregory    Forbes_    _____    _11_

Inmate/Detainee/Resident's (I/D/R) Name    Number    Housing Location    Duty Hours
Nombre de Identificación    Numero    Lugar de Vivienda    Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your medical record.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Por favor permita varios dias para que su solicitud sea procesada. Una copia de su solicitud será archivada en su récord médico.

PROBLEM/QUEJA: _On 1-6-2018 at morning pill call I was informed that ___ _____ _____ ___ do not have my medication refills. I have already been to the hospital 3 times because gave ran out of my medications. I have water that attacks and over ___ bypass surgery. Plese Help_

_[signature]_    _1-6-2018_

**I/D/R's Signature/Firma**    **Date of Request / Fecha de Solicitud**

**⟶ STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA ⟵**

**Date/Time Received:** _____    ☐ **ROUTINE**
**Date/Time Triaged:** _____    ☐ **URGENT ⁎⁎**

☐ **Written Response (see below)**  ☐ **Referred To:** _____  ☐ **Appointment Made**

**Triage Nurse: (Signature/Title Stamp)** _____

**ACTION TAKEN:** _____
_____
_____
_____
_____

_____    _____
**Medical Staff Signature/Stamp**    **Date**

Rev 2/11, 6/11, 1/13, 1/15, 5/17    HS-154 (Dual)



# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

| ☐ **Psychological Complaint** Queja Psicológica | ☒ **Medical Complaint** Queja Medica | ☐ **Dental Complaint** Queja Dental |
|---|---|---|

Print: _Gregory Forbes_                    _246?479_    _A-dorm_    _C_

Inmate/Detainee/Resident's (I/D/R) Name    Number    Housing Location    Duty Hours
Nombre de Identificación    Numero    Lugar de Vivienda    Horas de Trabajo

**Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your medical record.**

**Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Por favor permita varios días para que su solicitud sea procesada. Una copia de su solicitud será archivada en su récord médico.**

**PROBLEM/QUEJA:** _Today 1-7-2018 is day two of not receiving all of my heart medications, and now my pain medication is not available as well. Nurse Wilhurte informed me that on 1-6-2018, the 1st day of not having all my medications for my heart, that she usually conducts an extra physical search to find all or any medication, but there was none available. Please help the last 3 times that my medications ran out I was rushed to the hospital to undulate. Please help._

_[signature]_                    _1-7-20-18_

I/D/R's Signature/Firma                    Date of Request / Fecha de Solicitud

➤ **STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA** ◄

**Date/Time Received:** _____    ☐ **ROUTINE**
**Date/Time Triaged:** _____    ☐ **URGENT** ✱✱

☐ **Written Response (see below)**    ☐ **Referred To:** _____    ☐ **Appointment Made**

**Triage Nurse: (Signature/Title Stamp)** _____

**ACTION TAKEN:** _____
_____
_____
_____
_____

_____                    _____
**Medical Staff Signature/Stamp**                    **Date**

Rev 2/11, 6/11, 1/13, 1/15, 5/17                    HS-154 (Dual)



**GEO**
The GEO Group, Inc

# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

☐ **Psychological Complaint**
**Queja Psicológica**

☒ **Medical Complaint**
**Queja Medica**

☐ **Dental Complaint**
**Queja Dental**

Print: _Gregory Forbes_   _246054179_   _Andalen_   _GO_
Inmate/Detainee/Resident's (I/D/R) Name   Number   Housing Location   Duty Hours
Nombre de Identificación   Numero   Lugar de Vivienda   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your medical record.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Por favor permita varios dias para que su solicitud sea procesada. Una copia de su solicitud será archivada en su récord médico.

PROBLEM/QUEJA: _It has been about 4 weeks since my open Heart surgery and I have not had a Follow up visit and this is my second request for one please help. This is my life_

_____   _1-8-248_
I/D/R's Signature/Firma   Date of Request / Fecha de Solicitud

→ **STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA** ←

Date/Time Received: _____   ☐ ROUTINE
Date/Time Triaged: _____   ☐ URGENT **

☐ Written Response (see below)   ☐ Referred To: _____   ☐ Appointment Made

Triage Nurse: (Signature/Title Stamp) _____

ACTION TAKEN: _____
_____
_____
_____
_____

_____
Medical Staff Signature/Stamp   Date

Rev 2/11, 6/11, 1/13, 1/15, 5/17   HS-154 (Dual)



GEO
The GEO Group, Inc.

# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

☐ **Psychological Complaint**
   **Queja Psicológica**

☒ **Medical Complaint**
   **Queja Medica**

☐ **Dental Complaint**
   **Queja Dental**

Print: Gregory Forbes     2404479     Alpha

Inmate/Detainee/Resident's (I/D/R) Name    Number     Housing Location     Duty Hours
Nombre de Identificación     Numero     Lugar de Vivienda     Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your medical record.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Por favor permita varios dias para que su solicitud sea procesada. Una copia de su solicitud será archivada en su récord médico.

PROBLEM/QUEJA: I was given the wrong meds at night pill call by Nurse Sanchez, she gave me colcas. I was not aware it was the wrong medicine till the next day when Nurse Perez informed me that night and Nurse Sanchez gave me the wrong meds she did not record given me any meds. My Blood pressure was 160 meds at the following morning after receiving the wrong meds at the following morning after receiving the wrong

I/D/R's Signature/Firma        Date of Request / Fecha de Solicitud    1-8-2019

→ **STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA** ←

Date/Time Received: _____     ☐ **ROUTINE**

Date/Time Triaged: _____     ☐ **URGENT ***

☐ **Written Response (see below)**   ☐ **Referred To:** _____   ☐ **Appointment Made**

Triage Nurse: (Signature/Title Stamp) _____

ACTION TAKEN: _____

_____

_____

_____

_____

Medical Staff Signature/Stamp           Date

## The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
## FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: Gregory Forbes     Detainee ID Number: 24609479
Nombre Del Preso                  Numero Del ID Preso

Housing Unit: Costal Bend Detention Center Housing Dorm: H-5
Unidad Vivienda                            Dormitorio

Check if an Emergency Grievance:     ☐ yes (si)   ☐ no (no)
Marque si es una queja de emergencia

| OFFICE USE ONLY — Para Uso Del Personal Solamente |
| --- |

Unit Number: _____   Code: _____
Date Received: _____   GC Signature: _____
WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)
Process as: ☐ Regular Grievance   ☐ Emergency Grievance   Warden or Designee Approval: _____

Specify how and when **informal resolution** was attempted / Especifique como y cuando trato de hallar **una solution informal**:

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE LA QUEJA ( Incluir documentacion, nombre de cualquier testigo que certifique su nucia y fecha del incidente. ON 1-29-2018 AT Night meds, I WAS Not given All my HEART medications (ie. Lipitor) In the past when CBDC has Not provided me with All my medications, I have been Admitted to The Hospital At least 3 Times (3 HEART Attacks and Open Heart Surgery was the end result) I DO NOT UNDERSTAND why I AM Constantly subjected to negligence And lack of proper medical CARE In dispensing my medications. IT IS LITERALLY killing me. PLEASE Help

ACTION REQUESTED/ ACCION SOLICITADA: I Would like to RECEIVE my HEART medications AS prescribed. 3 heart Attacks And A BYPASS SURGERY LATER (All which occured when my meds WERE Not given to me)

Detainee's Signature / Firma Del Preso     Date / Fecha   1-29-18

Decision and Reason / Decision y Razones:

_____    ___/___/___
Signature / Firma                      Date / Fecha

If you are not satisfied with this  Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad.  (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
## FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: Gregory Forbes
Nombre Del Preso

Detainee ID Number: 2466.9474
Numero Del ID Preso

Housing Unit: Coastal Bend detention Center
Unidad Vivienda

Housing Dorm: G
Dormitorio

Check if an Emergency Grievance:  ☐ yes (si)  ☐ no (no)
Marque si es una queja de emergencia

| | |
|---|---|
| Unit Number: _____ | Code: _____ |
| Date Received: _____ | GC Signature: _____ |

WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)
Process as: ☐ Regular Grievance  ☐ Emergency Grievance  Warden or Designee Approval: _____

Specify how and when **informal resolution** was attempted / Especifique como y cuando trato de hallar **una solucion informal**:
Asked the LVN dispensing night meds to please ORDER

**STATE GRIEVANCE** (Include documentation, name of any witnesses supporting your claim and date of incident. / **ESPECIFIQUE**
**LA QUEJA** ( Incluir documentacion, nombre de cualquier testigo que certifique sa aucia y fecha del incidente. ON, 1-30-2018, AT
night Pill call, Not all my medications were
Available for me as The M.A.R will show. The
night before, 1-29-2018, not all my medication were
Available for me either, ~~strikethrough~~ It was different
medications They were out of on the two
seperate Nights, Hence a second grievance.

**ACTION REQUESTED/ ACCION SOLICITADA:** TO Please HAVE ALL my meds
Available each and every day. I suffer from an
Agresive Form of AN Arterial pulmonary Disease that is
controlled by diet and Medication. There is no such Thing as a
Low sodium Diet at CBDC so please provide
me with All my medications

Detainee's Signature / Firma Del Preso _____ Date / Fecha: 1 30 2018

**Decision and Reason / Decision y Razones:**

Signature / Firma _____  Date / Fecha _____

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad. (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# EXHIBIT A